# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ARIEL GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00321-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

On May 29, 2025, a stipulation was filed requesting a sixty day extension of time from June 3, 2025 to August 12, 2025 for Plaintiff to file her opening brief. (ECF No. 11.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before **August 12, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **May 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge