# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEXIS ARIEL GARCIA, | Case No. 1:25-cv-00321-SAB |
|---|---|
| Plaintiff, | ORDER RE: STIPULATION FOR EXTENSION OF TIME |
| v. | (ECF No. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On July 25, 2025, a stipulation was filed requesting a three day extension of time from August 12, 2025 to August 15, 2025 for Plaintiff to file her opening brief. (ECF No. 15.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before **August 15, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **July 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1