# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ARIEL GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00321-SAB<br><br>ORDER REQUIRING THAT EITHER DEFENDANT FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES OR THAT PARTIES STIPULATE TO THE AWARD OF ATTORNEY'S FEES<br><br>(ECF Nos. 24, 25)<br><br>**JANUARY 23, 2026 DEADLINE** |

On October 1, 2025, judgment was entered in this matter reversing the decision of the Commissioner of Social Security and remanding this action to the Social Security Agency for further proceedings. (ECF No. 23.) On December 31, 2025, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. (ECF Nos. 24, 25.)

Accordingly, IT IS HEREBY ORDERED that Defendant shall file an opposition to Plaintiff's motion for attorney's fees, or the parties shall file a stipulation agreeing to the award of attorney's fees, on or before January 23, 2026.

IT IS SO ORDERED.

Dated: **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1