# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ARIEL GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00321-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 27) |

　　　　On January 8, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 27.)

　　　　Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of NINE THOUSAND ONE HUNDRED NINETY TWO AND 16/100 ($9,192.16) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

　　　　In light of the foregoing, the Court DIRECTS the Clerk of the Court to terminate ECF Nos. 24 and 25 as MOOT.

IT IS SO ORDERED.

Dated:　**January 9, 2026**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1